UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: )<br>)<br>JAMES F. McGUIRL, and )<br>MARLENE C. McGUIRL, )<br>_____ )<br>)<br>JAMES F. McGUIRL, *et. al.*, )<br>)<br>      Appellants, )<br>)<br>      v. )<br>)<br>UNITED STATES OF AMERICA, )<br>*et. al.*, )<br>)<br>      Appellees. )<br>_____ ) | Civ. No. 02-0596 (RJL) |
| IN RE: )<br>)<br>JAMES F. McGUIRL, and )<br>MARLENE C. McGUIRL, )<br>_____ )<br>)<br>JAMES F. McGUIRL, *et. al.*, )<br>)<br>      Appellants, )<br>)<br>      v. )<br>)<br>UNITED STATES OF AMERICA, )<br>*et. al.*, )<br>)<br>      Appellees. )<br>_____ ) | Civ. No. 02-0597 (RJL) |

## FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion entered this date, it is, this 3rd day of January 2006, hereby

**ORDERED** that *In re McGuirl*, Civ. No. 02-596 (RJL) and *In re McGuirl*, Civ. No. 02-597 are deemed related pursuant to LCvR 40.5, and the later-filed action shall be consolidated into the earlier-filed action; and it is further

**ORDERED** that the McGuirls' briefs appealing the decision of the Bankruptcy Court, D.E. #3 in *In re McGuirl*, Civ. No. 02-596 (RJL) and D.E. #4 in *In re McGuirl*, Civ. No. 02-597 are **DENIED**; and it is further

**ORDERED** that the decision of the Bankruptcy Court is **AFFIRMED**; and it is further

**ORDERED** that the action is dismissed in its entirety.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge